

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 6, 2026

**BY ECF**
The Honorable Andrew L. Carter Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007-1312

      Re: ***United States v. Jason Ahmed, et al*, 26 Cr. 97 (ALC)**

Dear Judge Carter:

      The Government writes to respectfully request that the Court enter the attached proposed protective order in this case in order to facilitate discovery. The proposed order, attached herein as Exhibit A, has been executed by both the Government and counsel for the defendants.

                            Respectfully submitted,

                            JAY CLAYTON
                            United States Attorney for the
                            Southern District of New York

By: _____
                            Georgia V. Kostopoulos
                            Assistant United States Attorney
                            (212) 637-1595

Cc:     All Counsel of Record (by ECF)

Encl.