USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: 7-7-26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

                  -against-

Jason Ahmed, et al ,

                  Defendants,
-----------------------------------------------------------X

26 Cr. 97 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

At the July 7, 2026, status conference, the parties requested an exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 until September 24, 2026 to allow the defendants to review discovery, contemplate the filing of motions and better prepare for trial.

The Court finds that the interests of justice are served by such an exclusion to allow the defendants to review discovery, contemplate the filing of motions, and better prepare for trial and, that those interests outweigh the interests of the defendants and the public in a speedy trial.

Accordingly, it is ORDERED: the time from July 7, 2026 through September 24, 2026 is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
      July 7, 2026

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE